## Commonwealth ex rel. Cahoon, Appellant, v. Hendrick.
## Commonwealth ex rel. Hood, Appellant, v. Hendrick.

Submitted March 23, 1972. *Kenneth Sawyer* and *Francis S. Wright,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellants; *Richard D. Steel* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and

*Arlen Specter,* District Attorney, for Commonwealth, appellee.

Orders affirmed.